**Frank S. and Ethel L. WIEMEYER, Appellants, v. Kenneth KOCH, et al., Trustees, etc., et al.**

No. 13503.

Circuit Court of Appeals, Eighth Circuit.

Feb. 28, 1947.

Barak T. Mattingly and Douglas H. Jones, both of St. Louis. Mo., for appellants.

George O. Durham and C. Lew Gallant, both of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in favor of either of the parties in this Court, on stipulation of counsel for the respective parties.

**POMPEIAN OLIVE OIL CORPORATION, Libellant-Appellant, v. Steamship PONCE, Her Engines, etc., San Juan Shipping Company, Inc., Claimant-Appellee, and MacAndrews & Forbes Company, Impleaded, Respondent-Appellee.**

No. 9234.

Circuit Court of Appeals, Third Circuit.

Argued Feb. 4, 1947.

Decided March 14, 1947.

Henry N. Longley, of New York City (Bigham, Englar, Jones & Houston, of New York City, Carpenter, Gilmour & Dwyer, of Jersey City, N. J., F. Herbert Prem, of New York City, and Carl S. Kuebler, of Jersey City, N. J., on the brief), for appellant.

Joseph W. Henderson, of Philadelphia, Pa., (Rawle & Henderson, of Philadelphia, Pa., Boyle, Archer & Greiner, of Camden, N. J., Thomas F. Mount, of Philadelphia, Pa., and William T. Boyle, of Camden, N. J., on the brief), for claimant-appellee.

Otto Wolff, Jr., of Philadelphia, Pa., (S. Rusling Leap, of Camden, N. J., on the brief), for impleaded respondent-appellee.

Before BIGGS, GOODRICH and McLAUGHLIN, Circuit Judges.

PER CURIAM.

Examination of the briefs and appendices and consideration of the oral argument convince us that the court below committed no error. Consequently the decree of the court below, 67 F.Supp. 725, will be affirmed.

**Paul A. PORTER, Administrator, Office of Price Administration, Appellant, v. COKATO COOPERATIVE CREAMERY ASSOCIATION, a Corporation.**

No. 13424.

Circuit Court of Appeals, Eighth Circuit.

Jan. 7, 1947.

William Remy, Deputy Administrator for Enforcement, David London, Litigation Division, Albert M. Dreyer, Chief Appellate Branch, all of Washington D. C., Isadore L. Kovitz, Regional Enforcement Executive, of Chicago, Ill., and George E. Leonard, Regional Litigation Attorney, and Jacob Cohen, Chief, Review and Disposition Unit, Office of Price Administration, both of Washington, D. C., for appellant.

Robert O. Sullivan and Harold Jordan, both of St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court, 65 F.Supp. 974, dismissed without costs to either party, on stipulation of parties.